SLIP OPINION

Cite as 2014 Ark. 274

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CRIMINAL
PRACTICE

**Opinion Delivered** June 5, 2014

## PER CURIAM

Laurent Sacharoff, Esq., of Fayetteville is appointed as the reporter for the Committee

on Criminal Practice. We thank him for accepting appointment to this important committee.